*se.* *Edmund G. Brown,* Attorney General of California, and *Clarence A. Linn,* Deputy Attorney General, for respondent.

No. 450, Misc. ROCHIN *v.* CALIFORNIA. District Court of Appeal of California, Second Appellate District. Certiorari granted. *Dolly Lee Butler* for petitioner. *Edmund G. Brown,* Attorney General of California, and *Frank Richards* and *Howard S. Goldin,* Deputy Attorneys General, for respondent.

No. 407, Misc. KEENAN *v.* BURKE, WARDEN;
No. 418, Misc. JANKOWSKI *v.* BURKE, WARDEN; and
No. 419, Misc. FOULKE *v.* BURKE, WARDEN. Supreme Court of Pennsylvania. Certiorari granted. Petitioners *pro se.* *John H. Maurer* for respondent.

No. 466. WEST TEXAS UTILITIES CO., INC. *v.* NATIONAL LABOR RELATIONS BOARD. United States Court of Appeals for the District of Columbia Circuit. Certiorari denied. *M. R. Irion, Gerard D. Reilly* and *Frank Cain* for petitioner. *Solicitor General Perlman, James L. Morrisson, David P. Findling, Mozart G. Ratner* and *Frederick U. Reel* for the National Labor Relations Board; and *Louis Sherman* and *Philip R. Collins* for the International Brotherhood of Electrical Workers, respondents.

No. 511. SICKMAN, EXECUTRIX, ET AL. *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied. *John F. Donelan* for Sickman et al., petitioners. *Solicitor General Perlman* for the United States.